IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONNSERO, <br>     Plaintiff, <br>  vs. <br> A. K. SCRIBNER, Warden, et al, <br>     Defendants. | No. C 06-5630 JSW (PR) <br><br> **ORDER OF TRANSFER** <br><br> (Docket Nos. 2, 4) |

      Plaintiff is a state prisoner currently incarcerated at Salinas Valley State Prison located in Soledad, California. He filed this civil rights action challenging the actions of prison officials at Corcoran State Prison in disposing of certain of his personal property and failing to compensate him for the loss. Corcoran State Prison is located in Kings County, within the venue of the United States District Court for the Eastern District of California.

      When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790

F.2d 1486, 1488 (9th Cir. 1986).

   Plaintiff complains about conditions of confinement at a prison located in Kings County, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve any pending motions. The Clerk of the Court shall transfer this matter forthwith.

   IT IS SO ORDERED.

DATED: 2/13/2007

_____
JEFFREY S. WHITE
United States District Judge